AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FISHER, RAYMOND C. | U.S. COURT OF APPEALS - NINTH CIRCUIT | 04/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - SENIOR | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. COURT OF APPEALS - 9th CIRCUIT
125 S. GRAND AVE. #400
PASADENA, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | CA State Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FISHER, RAYMOND C.** | 04/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NATIONWIDE AMERICA'S VISION ANNUITY (FIDVIP EQ INC INITIAL) | A | Interest | L | T | | | | | |
| 2. JACKSON NAT'L LIFE FLEX 1 TAX SHELTERED FIXED ANNUITY | B | Interest | K | T | | | | | |
| 3. JACKSON NATL LIFE SINGLE MAX TAX SHELTERED FIXED ANNUITY | B | Interest | L | T | | | | | |
| 4. RETIREMENT ACCT #1 (H) | | | | | | | | | |
| 5. BANK OF AMERICA, NA RASP | A | Interest | L | T | | | | | |
| 6. AIG FOCUSED DIVIDEND STRAT (FDSWX) | | None | | | Sold | 01/24/18 | M | E | |
| 7. BLACKROCK EQTY DIVIDEND FD I (MADVX) | D | Dividend | L | T | Buy | 01/24/18 | L | | |
| 8. | | | | | Sold (part) | 03/29/18 | J | | |
| 9. | | | | | Sold (part) | 05/02/18 | J | | |
| 10. | | | | | Sold (part) | 06/21/18 | J | | |
| 11. | | | | | Sold (part) | 09/14/18 | J | | |
| 12. COLUMBIA DIV INCOME (GSFTX) | | None | | | Sold | 01/24/18 | M | E | |
| 13. DELAWARE SMALL CAP CORE FD I (DCCIX) | D | Dividend | L | T | Buy | 01/24/18 | L | | |
| 14. | | | | | Sold (part) | 03/29/18 | K | | |
| 15. | | | | | Sold (part) | 05/02/18 | J | | |
| 16. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 17. | | | | | Sold (part) | 09/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EDGEWOOD GROWTH FUND INST (EGFIX) | C | Dividend | L | T | Buy | 01/24/18 | M | | |
| 19. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 20. | | | | | Sold (part) | 05/02/18 | J | | |
| 21. | | | | | Sold (part) | 09/04/18 | J | | |
| 22. INVESCO EMERG MKTS SOVEREIGN DEBT USD ETF (PCY) | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 23. | | | | | Sold (part) | 06/20/18 | J | | |
| 24. INVESCO PREFERRED PORT (PGX) | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 25. ISHARES RUSSELL 1000 GROWTH (IWF) | B | Dividend | M | T | Buy | 01/24/18 | M | | |
| 26. | | | | | Buy (add'l) | 03/29/18 | K | | |
| 27. | | | | | Sold (part) | 05/02/18 | J | | |
| 28. | | | | | Sold (part) | 09/04/18 | J | A | |
| 29. ISHARES RUSSELL 1000 VALUE (IWD) | D | Dividend | M | T | Buy | 01/24/18 | M | | |
| 30. | | | | | Sold (part) | 03/29/18 | J | | |
| 31. | | | | | Sold (part) | 05/02/18 | J | | |
| 32. | | | | | Sold (part) | 06/21/18 | J | | |
| 33. | | | | | Sold (part) | 09/04/18 | J | | |
| 34. ISHARES IBOXX INVT GRADE CORP BD (LQD) | A | Dividend | K | T | Buy | 01/24/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/22/18 | J | | |
| 36. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 37. ISHARES 3-7 YR TREAS BD ETF (IEI) | A | Dividend | K | T | Buy | 01/24/18 | K | | |
| 38. ISHARES MBS ETF (MBB) | B | Dividend | K | T | Buy | 01/24/18 | K | | |
| 39. | | | | | Sold (part) | 05/02/18 | J | | |
| 40. ISHARES IBOXX HIGH YIELD CORP BD (HYG) | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 41. ISHARES US TREAS BOND ETF (GOVT) | B | Dividend | M | T | Buy | 01/24/18 | M | | |
| 42. | | | | | Sold (part) | 03/29/18 | J | | |
| 43. ISHARES TR CORE MSCI EAF (IEFA) | C | Dividend | L | T | Buy | 01/24/18 | M | | |
| 44. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 45. | | | | | Sold (part) | 05/02/18 | J | | |
| 46. | | | | | Sold (part) | 06/21/18 | J | | |
| 47. J. HANCOCK DISCIPLINED VALUE (JVMIX) | | None | | | Sold | 01/24/18 | L | D | |
| 48. LOOMIS SAYLES LTD TERM GOV & AGENCY FD CL Y (NELYX) | A | Dividend | | | Sold | 01/24/18 | M | | |
| 49. LORD ABBETT AFFILIATED FD CL F (LAAFX) | | None | | | Sold | 01/24/18 | M | D | |
| 50. LORD ABBETT SHORT TERM (LDLFX) | A | Dividend | | | Sold | 01/24/18 | M | | |
| 51. MAINSTAY INTERNATIONAL OPP FUND CL I (MYIIX) | | None | | | Sold | 01/24/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. METROPOLITAN WEST TOT. RET. BOND (MWTIX) | A | Dividend | | | Sold | 01/24/18 | M | | |
| 53. MFS VALUE FD CL 1 (MEIIX) | C | Dividend | L | T | Buy | 01/24/18 | L | | |
| 54. | | | | | Sold (part) | 03/29/18 | J | | |
| 55. | | | | | Sold (part) | 06/21/18 | J | | |
| 56. | | | | | Sold (part) | 09/04/18 | J | | |
| 57. OAKMARK INTL FUND INV CL (OAKIX) | C | Dividend | L | T | Buy | 01/24/18 | L | | |
| 58. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 59. | | | | | Sold (part) | 05/02/18 | J | | |
| 60. | | | | | Sold (part) | 06/21/18 | J | | |
| 61. OPPENHEIMER INTL GROWTH FD CL Y (OIGYX) | B | Dividend | L | T | Buy | 01/24/18 | M | | |
| 62. | | | | | Sold (part) | 06/21/18 | K | | |
| 63. NATIXIS GATEWAY FUND CL Y (GTEYX) | | None | | | Sold | 01/24/18 | M | C | |
| 64. NUVEEN REAL ASSET INCOME FUND CL I (NRIIX) | A | Dividend | | | Sold | 01/24/18 | L | | |
| 65. PRINCIPAL MID CAP FUND CL P (PCBIX) | A | Dividend | | | Sold | 01/24/18 | L | E | |
| 66. PRINCIPAL SHORT TERM INCOME FUND CL P (PSHIX) | A | Dividend | | | Sold | 01/24/18 | M | | |
| 67. SPDR BLMBRG BRCLY HIGH YIELD BOND ETF (JNK) | B | Dividend | K | T | Buy | 01/24/18 | K | | |
| 68. | | | | | Sold (part) | 03/29/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T ROWE PRICE EMERGING MKTS STK FD RET (PRMSX) | A | Dividend | L | T | Buy | 01/24/18 | M | | |
| 70. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 71. TCW TOTAL RETURN BOND FD CL I (TGLMX) | D | Dividend | M | T | Buy | 01/24/18 | M | | |
| 72. | | | | | Sold (part) | 03/29/18 | J | | |
| 73. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 74. TRANSAMERICA LARGE CAP VALUE FUND (TWQIX) | | None | | | Sold | 01/24/18 | M | D | |
| 75. VANECK VECTORS JPMORGAN EM LOC CUR (EMLC) | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 76. | | | | | Sold (part) | 06/20/18 | J | | |
| 77. VANGUARD INTERMED TERM BD ETF (BIV) | B | Dividend | K | T | Buy | 01/24/18 | L | | |
| 78. | | | | | Sold (part) | 05/02/18 | J | | |
| 79. VANGUARD SHORT TERM BOND (BSV) | A | Dividend | K | T | Buy | 01/24/18 | K | | |
| 80. | | | | | Sold (part) | 05/02/18 | J | | |
| 81. | | | | | Sold (part) | 06/22/18 | J | | |
| 82. VANGUARD INTERMED TERM CORP BOND (VCIT) | D | Dividend | N | T | Buy | 01/24/18 | N | | |
| 83. | | | | | Sold (part) | 03/29/18 | J | | |
| 84. | | | | | Sold (part) | 06/21/18 | J | | |
| 85. | | | | | Sold (part) | 06/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/04/18 | J | | |
| 87. VANGUARD SHORT TERM TREAS ETF (VGSH) | A | Dividend | L | T | Buy | 01/24/18 | L | | |
| 88. | | | | | Sold (part) | 03/29/18 | J | | |
| 89. VANGUARD TOTAL INTL BOND ETF (BNDX) | A | Dividend | K | T | Buy | 01/24/18 | K | | |
| 90. | | | | | Sold (part) | 03/29/18 | J | A | |
| 91. WELLS FARGO DISCIPLINED US CORE FD CL INSTL (EVSIX) | | None | | | Sold | 01/24/18 | M | E | |
| 92. WESTERN ASSET CORE (WACPX) | A | Dividend | | | Sold | 01/24/18 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 04/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 1-3: Fixed annuities.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544